**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRETHREN MUTUALINSURANCE COMPANY, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 3:13-CV-1880 |
| MARK P. LOUGHNEY and CORY MILES, | (JUDGE CAPUTO) |
| Defendants. | |

**ORDER**

**NOW**, this 12th day of July, 2013, **IT IS HEREBY ORDERED** that Plaintiff Brethren Mutual Insurance Company is given leave to file an amended complaint within twenty-one (21) days from the date of this order. If Plaintiff fails to do so, the action will be dismissed.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge